**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**T.R.,**

      **Plaintiff,**

**v.**                            **No. 2:20-cv-00276-GBW-SMV**

**PATRICK HOWARD and LAS CRUCES**
**PUBLIC SCHOOLS,**

      **Defendant.**

### DEFENDANT LAS CRUCES PUBLIC SCHOOL'S MOTION FOR PROTECTIVE ORDER CONCERNING PLAINTIFF'S IPRA REQUEST

COMES NOW Defendant Las Cruces Public Schools ("LCPS"), by and through its counsel of record, Atwood, Malone, Turner & Sabin, by Bryan Evans and Barbara Evans, and hereby moves this Court for entry of a protective order ordering that LCPS be relieved from having to respond to Plaintiff's undated request for records under the New Mexico Public Records Act, and as grounds therefore state:

1. Defendant Howard is currently awaiting trial on criminal charges related to the circumstances giving rise to this lawsuit.

2. The parties have previously litigated the issue of whether discovery may proceed in this matter pending the outcome of Defendant Howard's criminal trial. With guidance from the Court, the parties ultimately agreed that Plaintiff could propound certain limited written discovery to Defendant LCPS, only. Such discovery was to be limited to discovering the identity of certain individuals involved in this case.

1

3.    In accordance with that agreement, on October 9, 2020, this Court entered an order staying further discovery in this matter, pending the outcome of Defendant Howard's criminal trial, with the exception of certain limited written discovery from Plaintiff to LCPS.  Plaintiff served that limited written discovery and LCPS has answered it.  *See Order [Doc. 18].*

4.    On November 3, 2020, Defendant LCPS received an undated letter from Plaintiff's counsel setting forth a request for records under the New Mexico Public Records Act.  *See letter, attached hereto as Exhibit 1.*

5.    Plaintiff's IPRA request seeks voluminous documents and material that is directly related to issues in this lawsuit, including documentation regarding Title IX training LCPS provided to Defendant Howard, emails between Defendant Howard and LCPS students, video of Defendant Howard on school grounds, Defendant Howard's "entire internet history from November 1, 2016 to March, 2018 and, "All hard copy and electronic documents, including correspondence, emails, text".  *See Exhibit 1.*

6.    These documents and materials are, obviously, exactly the type of materials Plaintiff would seek through normal discovery channels if discovery were available in this case at this time.

7.    Seeking these documents and materials via an IPRA request represents an attempt at an "end run" around the current stay of discovery, and is improper.

8.    Plaintiff has already sought, and been granted, limited written discovery directed to Defendant LCPS.  *See Paragraph 2, above.*

9.    Plaintiff's IPRA request ignores the letter and the spirit of this Court's prior order granting Plaintiff limited written discovery to Defendant LCPS.

10.    Plaintiff's counsel has been contacted and opposes this motion.

WHEREFORE, premises considered, Defendant LCPS respectfully prays that this Court enter an order relieving Defendant LCPS from having to respond to Plaintiff's undated IRPA request that is attached hereto as Exhibit 1, at least so long as this Court's stay of discovery remains in place, and for such other and further legal and equitable relief as the Court deems just and proper.

Respectfully submitted,

ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Filed on 11/05/20**
        Bryan Evans
        Barbara Evans
        P.O. Drawer 700
        Roswell, NM 88202-0700
        (575) 622-6221
*Attorneys for Defendant Las Cruces Public Schools*

I HEREBY CERTIFY that on November 5, 2020, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing.*

*Electronically Filed on 11/05/20*
Bryan Evans



## McGRAW & STRICKLAND LLC
### ATTORNEYS AT LAW

**Received**

NOV – 3 2020

**Superintendent**

**Via First Class Mail:**

Las Cruces Public Schools
Attn: Karen Trujillo, Superintendent
505 S. Main St. Ste. 249
Las Cruces, NM 88001

Re:    IPRA Request Letter

Dear Dr. Trujillo,

**Please accept this correspondence as a request for public records under the New Mexico Public Records Act, NMSA 1978, § 14-2.**  We hereby request the following:

1. Any and all Title IX training Patrick Howard would have received/been given regarding sexual harassment and inappropriate sexual behavior from 2010-2018, including training materials provided to Patrick Howard and school staff related to sexual assault/molestation, grooming, inappropriate touching, etc. of children in school, or adult staff.
2. Any and all emails to or from Patrick Howard to students (you may redact names and email addresses);
3. Any stored video of Patrick Howard on school grounds with students from November 1, 2016 to March 2018; and
4. Patrick Howard's entire internet history from November 1, 2016 to March 2018.
5. All hard copy and electronic documents, including correspondence, emails, text

Should you require any further details to investigate this matter or fulfill the IPRA request contained herein, I am available to discuss this matter with you.

Very Truly,

Margaret Strickland

Margaret Strickland
McGRAW & STRICKLAND, LLC

EXHIBIT 1