# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

**T.R.,**

    **Plaintiff,**

**v.**                                                              **No. 2:20-cv-00276-GBW-SMV**

**PATRICK HOWARD; DANA CRITCHLOW;
and LAS CRUCES PUBLIC SCHOOLS,**

    **Defendants,**

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

**v.**

**T.R. and PATRICK HOWARD,**

    **Defendants-in-Intervention.**

### AMENDED STIPULATED ORDER EXTENDING DISCOVERY, DISPOSITIVE MOTION and DAUBERT MOTION DEADLINES

THIS MATTER comes before the court on the parties' Amended Joint Motion to Extend Deadlines for Discovery, Daubert and Dispositive Motions. Having reviewed the Motion and being fully advised in the premises, the Court FINDS good cause to GRANT it.

IT IS HEREBY ORDERED THAT these deadlines are extended as follows:

| | |
|---|---|
| Close of Discovery for the limited purposes of deposing Dr. Serrano and Dr. Ewing | October 31, 2022 |
| Dispositive Motion Deadline | December 1, 2022 |
| Daubert Motion Deadline | December 1, 2022 |

1

                                                                                                                  _____
HONORABLE STEPHAN VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Submitted on 10/25/22**
      Bryan Evans, Esq.
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Defendants Las Cruces Public Schools*

Approved by:

*Approved on 10/20/22*

*/s/ Mollie C. McGraw*
Amanda S. Carmody, Esq.
Mollie C. McGraw, Esq.
McGraw & Associates, LLC
165 W. Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
*Attorney for Plaintiff C.H.*

*Approved on 10/25/22*

*/s/ John Stiff*
John Stiff, Esq.
STIFF, KEITH & GARCIA, LLC
500 Marquette Ave. NW, Ste. 1400
Albuquerque, New Mexico 87102
 (505) 243-5755

2

*Approved on 10/21/22*

*/s/ Cody R. Rogers*
Cody R. Rogers, Esq.
Jarmie & Rogers
2540 El Paseo, Suite D
Las Cruces, NM 88001
(575) 288-1453

*Approved on 10/21/22*

*/s/ Jeep Darnell*
Jeep Darnell, Esq.
Jim Darnell, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
(915)532-2442

*Attorneys for Defendant Patrick Howard*

*Approved on 10/21/22*

*/s/ Minal P. Unruh*
Minal P. Unruh, Esq.
Stephanie J. Schneider, Esq.
Butt Thornton & Baehr, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
*Attorneys for Plaintiff-in-Intervention*
*Teachers Insurance Company*