IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.R.,

    **Plaintiff,**

v.                                            Cause No.: 2:20-cv-00276 GBW/SMV

PATRICK HOWARD and
LAS CRUCES PUBLIC SCHOOLS,

    **Defendant.**

and

TEACHERS INSURANCE COMPANY,

    **Plaintiff-in-Intervention,**

v.

T.R. and PATRICK HOWARD,

    **Defendants-in-Intervention.**

## ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER, having come before the Court on Plaintiff-in-Intervention, Teachers Insurance Company's *Unopposed Motion for Withdrawal and Substitution of Counsel*, and the Court, having reviewed the Motion and being otherwise fully advised in the premises, finds the Motion well-taken and that it should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that BUTT THORNTON & BAEHR, PC is withdrawn as counsel of record for Plaintiff-in-Intervention

1

Teachers Insurance Company and the law firm of Rodey, Dickason, Sloan, Akin & Robb, P.A. (Minal P. Unruh) is hereby substituted as counsel of record for Plaintiff-in-Intervention, Teachers Insurance Company.

 IT IS SO ORDERED.

          _____
          THE HONORABLE STEPHAN VIDMAR
          UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB P.A.

_____
Minal P. Unruh
Post Office Box 1888
Albuquerque, New Mexico 87103-1888
Telephone: (505) 765-5900
Facsimile:  (505) 768-7395
MUnruh@rodey.com
*Substituted Counsel for Plaintiff-in-Intervention*
*Teachers Insurance Company*

BUTT THORNTON & BAEHR PC

/s/Jane A. Laflin
Jane A. Laflin
Post Office Box 1888
Albuquerque, New Mexico 87103-1888
Telephone: (505) 884-0777
jalaflin@btblaw.com
*Withdrawing Counsel for Plaintiff-in-Intervention*

2

*Teachers Insurance Company*
APPROVED BY:

*Electronic Approval on December 2, 2022*
Mollie McGraw
Amanda Carmody
McGraw & Associates, LLC
165 West Lucero Ave.
Las Cruces, New Mexico 88005
Tel: (575) 323-4321
mollie@lawfirmnm.com
amanda@lawfirmnm.com
*Counsel for Plaintiffs*

*Electronic Approval on December 2, 2022*
John S. Stiff
Stiff, Garcia & Associates, LLC
500 Marquette Ave. N.W., Suite 1400
Albuquerque, New Mexico 87102
Tel:  (505) 243-5755
jstiff@stifflaw.com
*Attorney for Patrick Howard*

*Electronic Approval on December 5, 2022*
Cody R. Rogers
Jarmie & Rogers
2540 El Paso Road, Ste. D
Las Cruces, NM 88001
Tel: (575) 288-1453
crogers@jarmielaw.com
*Attorneys for Patrick Howard*


*Electronic Approval on December 2, 2022*
Jeep Darnell
Jim Darnell, P.C.
310 N. Mesa St., Ste. 212
El Paso, TX 79901
Tel: (915) 532-2442
jedarnell@jdarnell.com

*Attorney for Patrick Howard*
***Electronic Approval on December 2, 2022***
Bryan Evans
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
Tel: (575) 622-6221
bevans@atwoodmalone.com
*Attorneys for Defendant Las Cruces Public Schools*