UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.R.,

    Plaintiff,                                       No. 2:20-CV-00276 GBW/KRS

v.

PATRICK HOWARD
and LAS CRUCES PUBLIC SCHOOLS,

    Defendants.

## PLAINTIFF T.R.'S REQUEST FOR STATUS CONFERENCE

COMES NOW, Plaintiff T.R., by and through her counsel of record, McGraw Law, LLC and The Kennedy Law Firm, PC, herby, requests a status conference in the above referenced matter. As grounds therefore, Plaintiff states:

1. The parties are in the process of completing dispositive motion briefing, with Defendants LCPS' Reply to its Motion for Summary Judgement now due on June 19, 2023, based on extension.

2. Plaintiff requests a status conference to set deadlines for submission of the Pretrial Order and to set jury trial dates.

                          Respectfully Submitted,

                          *Electronically Submitted*

                          */s/ Mollie C. McGraw*
                          Mollie C. McGraw
                          McGraw Law, LLC
                          165 West Lucero Ave.
                          Las Cruces, NM 88005
                          Ph: (575) 523-4321
                          mollie@lawfirmnm.com

                          -     and -

/s/ Shannon L. Kennedy
Shannon L. Kennedy
Joseph P. Kennedy
The Kennedy Law Firm, P.C.
P O Box 26776
Albuquerque, NM 87125
(505) 244-1400
slk@civilrightslaw.com
jpk@civilrightslaw.com

*Attorneys for Plaintiff T.R.*

## CERTIFICATE OF SERVICE

I, Mollie C. McGraw, hereby certify that on May 9, 2023, a copy of the foregoing pleading was caused to be served via the CM/ECF filing system on all counsel of record.

"*Electronically Submitted*"

/s/ Mollie C. McGraw
Mollie C. McGraw