UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.R.

    Plaintiff,

v.                                                                                                    No. 20-cv-0276 GBW/JHR

PATRICK HOWARD,

    Defendant,

## NOTICE OF WITHDRAWAL OF COUNSEL

**COMES NOW**, Kathy L. Black, and hereby withdraws as counsel of record for Defendant, Patrick Howard. Please take notice that John F.S. Stiff, Sr., and H. Nicole Werkmeister, will continue to represent Defendant Patrick Howard. Please continue to direct all correspondence, notices, papers and other documents regarding this action to Stiff, Garcia & Associates, LLC (John F.S. Stiff, Sr. and H. Nicole Werkmeister)

    Respectfully submitted,

    STIFF, GARICA & ASSOCIATES, LLC

    By:*/s/ Kathy L. Black*
    John S. Stiff, Esq.
    Kathy L. Black, Esq.
    H. Nicole Werkmesiter, Esq.
    500 Marquette Ave. NW, Ste. 1400
    Albuquerque, New Mexico 87102
    Phone: (505) 243-5755
    E-mail:jstiff@stifflaw.com
           kblack@stifflaw.com
           nwerkmesiter@stifflaw.com
    *Attorneys for Patrick Howard*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of February 2024, the foregoing was electronically filed through the ECM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Kathy L. Black*
John S. Stiff, Esq.
Kathy L. Black, Esq.
H. Nicole Werkmeister, Esq.