IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**T.R.,**

    **Plaintiff,**

**v.**                                      No. 2 :20-cv-00276-GBW-JHR

**PATRICK HOWARD,**

    **Defendant.**

## ENTRY OF APPEARANCE

**COMES NOW** Serpe Andrews, PLLC (Cody R. Rogers and Blade M. Allen) and hereby enters its appearance in the above-entitled action on behalf of Patrick Howard.

Respectfully submitted,

**Serpe | Andrews, PLLC**

_/s/ Cody R. Rogers_
Cody Rogers
2450 El Paseo Road, Suite D
Las Cruces, NM 88001
(575) 288-1453
crogers@serpeandrews.com
*Attorneys for Defendant*

## CERTIFICATE OF SERIVE

I hereby certify that on this 15th day of February 2024, I filed the foregoing through this Court's CM/ECF e-filing system and caused a true and correct copy of the same to be served upon all parties of record as reflected more fully in the electronic Notification of Service.

_/s/ Cody Rogers_
Cody Rogers