IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.R.,

    Plaintiff,

v.                                                   Civ. No. 20-276 GBW/JHR

PATRICK HOWARD,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS AS MOOT

THIS MATTER comes before the Court on Defendant's Motion to Compel Production of Medical Records at Trial. *Doc. 308*. The Motion requests that the Court compel one of Plaintiff's medical treatment providers, Ms. Alanna Giusto, to respond to a subpoena and produce certain billing records related to Plaintiff's treatment. *Id.* Based on the reasons given at the pretrial conference on March 1, 2024, this motion is DENIED AS MOOT. The Court will admit the billing records already in Defendant's possession pursuant to the Court's ruling at the March 1, 2024 pretrial conference.

    **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**