FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 14 2024

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

T.R.,

    Plaintiff,

vs.                                                Case No. CV 20-276 GBW/JHR

PATRICK HOWARD,

    Defendant.

## FINAL JUDGMENT

THIS MATTER came on for trial in Las Cruces on March 4, 2024, through March 11, 2024, before the Court and a jury, the Honorable Gregory B. Wormuth, Chief United States Magistrate Judge, presiding by consent of the parties. The issues were duly tried and the jury rendered its verdict on March 11, 2024. Pursuant to Rule 58(b)(2), the Clerk, with approval of the Court, hereby enters judgment for Plaintiff and against Defendant. Pursuant to the verdict reflected on the Special Verdict Form, Plaintiff shall recover damages on her claims of constitutional violations as follows:

    (i)    $11,000,000.00 in compensatory damages; and

    (ii)    $33,000,000.00 in punitive damages.

IT IS THEREFORE ORDERED that Final Judgment is entered against Defendant Patrick Howard in the total amount of **$44,000,000.00**.

Should Plaintiff seek costs under Rule 54, she must file a Bill of Costs within 14 days of this filing.

Dated this 14th day of March, 2024.

Mitchell Elfers, Clerk of Court

By: Kristin Solis, Deputy Clerk

Approved By:

Gregory B. Wormuth
Chief United States Magistrate Judge
**Presiding by Consent**