IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.R.,

    Plaintiff,

v.	Civ. No. 20-276 GBW/JHR

PATRICK HOWARD,

    Defendant.

### ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT

THIS MATTER comes before the Court on Defendant's Opposed Motion for Leave to Exceed Page Limit for Motion for New Trial and Motion for Remittitur (the "Motion"). *Doc. 372*. Given the nature of the verdict and the significance of the issues to be addressed in Defendant's forthcoming Motion for New Trial and Motion for Remittitur, the Court finds that an additional ten pages are appropriate.[1] Thus, the Court will GRANT the Motion.

---

[1] In support of her position that the Motion should be denied, Plaintiff argues that "Judge Wormuth denied Plaintiff a page extension on her dispositive briefing (Doc. 195)." *Doc. 373* at 1. Plaintiff's argument compares apples to automobiles. For her response to a motion for summary judgment, Plaintiff requested leave to file a response totaling 107 pages and to submit exhibits totaling 227 pages, a request which exceeded the local rule requirements by 83 pages for the brief and 177 pages for exhibits. *See doc. 193*. While the Court found the full relief sought to be excessive, the Court granted her request to exceed the exhibit page limit in full and granted her leave to exceed the page limit for her brief by an additional 51 pages, for a total of 75 pages. *See doc. 195*.

1

IT IS THEREFORE ORDERED that Defendant may exceed the 27-page limit for motions pursuant to Local Rule 7.5 by **10 pages**, for a **total of 37 pages,** in his Motion for New Trial and Motion for Remittitur.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**